# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**                                    **CASE NO.**  25-cr-10105-EFM

**JULIANNE GRACE WILLIS**

**Defendant.**

# INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1

**CYBERSTALKING**
**[18 U.S.C. § 2261A(2)(A) and (B)]**

Between on or about sometime in January of 2023, to on or about the 13th day of June, 2023, in the District of Kansas and elsewhere, the defendant,

**JULIANNE GRACE WILLIS,**

with the intent to injure, harass, and intimidate another person, to-wit: A.R., whose identity is known to the grand jury, used an electronic communication service or electronic communication system of interstate commerce, or any other facility of interstate commerce

to engage in a course of conduct that placed A.R. in reasonable fear of death and serious bodily injury and caused, attempted to cause and would be reasonably expected to cause substantial emotional distress to A.R.

In violation of Title 18, United States Code, Section 2261(2)(A) and (B).

A TRUE BILL.


September 30, 2025                                   s/Foreperson
DATE                                                           FOREPERSON OF THE GRAND JURY


RYAN A. KRIEGSHAUSER
UNITED STATES ATTORNEY


By: /s/ Katherine J. Andrusak
Katherine J. Andrusak
Assistant United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas  67202
Ph: (316) 269-6481
Fax: (316) 269-6484
Email: katie.andrusak@usdoj.gov
Ks. S. Ct. No. 25961


IT IS REQUESTED THAT THE TRIAL BE HELD IN WICHITA, KANSAS

2

## PENALTIES

**Count 1:   18 U.S.C. §2261A(2)(A) and  (B)**
**[Cyberstalking]**

- Punishable by a term of imprisonment of not more than five (5) years.  18 U.S.C. § 2261(b).

- A term of supervised release of not more than three (3) years.  18 U.S.C. § 3583(b)(2).

- A fine not to exceed $250,000.  18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).

- Restitution. 18 U.S.C. § 2264(a).