COURTROOM MINUTE SHEET - CRIMINAL HEARINGS
U.S. DISTRICT COURT - WICHITA, KANSAS

**FILED**
U.S. District Court
District of Kansas

2/6/2026

Date: 2/6/26

Clerk, U.S. District Court
By_____mv_____Deputy Clerk

United States of America,

                    Plaintiff,

v.                                                          Case No. 25-10105-01-EFM

Julianne Grace Willis                                    ,

                    Defendant.

JUDGE: ☐ Birzer  ☒ Severson                    AUSA: Deb Barnett
DEPUTY CLERK: ☐ Anderson  ☒ Vaughn            DEFENSE COUNSEL: Ellen Bertels
INTERPRETER: ☐ Vargas  ☐ Badillo  ☐ Wriedt    TAPE NO.: 2:18 - 2:31
                    ☐ Ping  ☐ Rivera  ☐ Vilaythong
                    ☐ Sworn

## PROCEEDINGS

☒ Initial Appearance              ☐ Detention Hearing              ☐ Bond Rev. Hrg
☐ Initial Rule 5(c)(3)            ☐ Preliminary Hearing           ☐ Pretrial Conference
☐ Sentencing                      ☐ Change of Plea
☐ In-Court Hearing: _____
☒ Arraignment    ☒ Reading waived     ☐ Read to Defendant      ☒ Not Guilty Plea Entered
 (2 min)

☐ Complaint  ☒ Indictment  ☐ Information  ☐ Pet. Revoke Supervision  ☒ No. Counts: 1  ☐ Forfeiture
☒ Felony              ☐ Misdemeanor
☒ Charges/Viols. and penalties explained to Defendant
☒ Constitutional rights explained
☒ Defendant affirmation/sworn          ☒ Examined re: financial status          ☒ Counsel appointed
☒ Due Process Protections Act advisement given
☐ Defendant given Consular Notification
☐ Advised of rights under Rule  ☐ 20  ☐ 5(c)(3)  ☐ Transfer to: _____
☐ Signed Wvr Ind  ☐ Signed Consent to MJ  ☐ Petition to Plea filed  ☐ Plea Agmt filed  ☐ PSI ordered

☐ Oral Motion by ☐ Government / ☐ Defendant for detention hearing; ☐ granted. ☐ denied.
☐ Oral Motion by ☐ Government / ☐ Defendant for continuance of detention hearing; ☐ granted. ☐ denied.
☐ Defendant remanded to USM custody. Detention ordered until detention hearing.
☐ Oral Motion by Government for pretrial detention is  ☐ granted. ☐ denied. ☐ withdrawn.
☐ The Government adopted the recommendations of Pretrial Services for release on conditions.
☒ Defendant waived the right to a detention hearing. The Court accepted the waiver and granted the Government motion for detention.
☐ Defendant waived the right to a preliminary hearing. The Court accepted the waiver and found probable cause as alleged.
☐ Defendant waived the right to an identity hearing. Court accepted waiver and found Defendant to be person named.
☐ Defendant waived the right to a detention hearing in the District of KS. Court accepted the waiver and granted the Govt. motion for detention pending proceedings in the charging District.

☐ Release ordered          ☐ Bond fixed at: $ _____    ☐ Continued on present bond/conditions
☒ Detention ordered        ☒ Remanded to custody

Defendant's next appearance: ☐ as directed before Judge _____
                             ☒ per the Scheduling Order of Judge Melgren
                             ☐ on _____ at _____ ☐ a.m. ☐ p.m. before Judge _____
                                 for ☐ detention hearing ☐ arraignment ☐ prelim hearing ☐ _____

NOTES: _____